# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**LORI K. DELEHANTY,**<br><br>　　　　　　　　　Debtor. | Case No. **9:20-bk-90177-BPH** |
| **LORI K. DELEHANTY**,<br><br>　　　　　　　　　Plaintiff.<br><br>v.<br><br>**DISCOVER STUDENT LOANS**,<br><br>　　　　　　　　　Defendant. | Adv. No. **9:23-ap-09005-BPH** |

## ORDER

　　In this adversary proceeding, Plaintiff filed her complaint on July 3, 2023, at ECF No. 1. Plaintiff requests relief through a finding that her student loans constitute an undue hardship and are dischargeable under 11 U.S.C. § 523(a)(8). Summons were issued on October 31, 2023, and served on Defendant on November 1, 2023. Defendant's answer was due on November 30, 2023. Defendant failed to answer. A default was entered on February 18, 2025, and Plaintiff moved for entry of a default judgment on February 10, 2025, at ECF No. 19 ("Motion").

　　Fed. R. Civ. P. 55(b)(2) is applicable in adversary proceedings through Fed. R. Bankr. P. 7055. A default is entered when a party has failed to plead or otherwise defend against a judgment for affirmative relief. Fed. R. Civ. P. 55(a). Once a default has been entered, the Plaintiff may move for entry of a default judgment to obtain relief. Fed. R. Civ. P. 55(b)(1). Defendant has failed to answer, appear, or otherwise respond. Accordingly,

　　IT IS ORDERED the Motion is granted, and default judgment is entered against Defendant. Plaintiff's student loans from Defendant are discharged as an "undue hardship" pursuant to 11 U.S.C. § 523(a)(8).

1

Dated February 18, 2025.

BY THE COURT:

*signature*

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana